JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARCONA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FARMACY BEAUTY, LLC, a New Jersey limited liability company, DAVID C. CHUNG, an individual, and MARK VEEDER, an individual,<br><br>Defendants. | CASE NO. 2:17-cv-07058 ODW (JPRx)<br><br>**JUDGMENT**<br><br><br>**The Hon. Otis D. Wright II** |
| AND RELATED COUNTERCLAIMS | |

This Action arises from Plaintiff Arcona, Inc.'s First Amended Complaint (ECF No. 34) against Defendants Farmacy Beauty, LLC, David C. Chung, and Mark Veeder (collectively, "Defendants") for: 1) Trademark Counterfeiting of Arcona's U.S. Trademark Registration No. 4,706,079 ("Arcona's '079 Trademark Registration"); 2) Infringement of Arcona's '079 Trademark Registration; 3) Violation of Federal Unfair Competition; 4) Unfair Competition under California Business and Professions Code section 17200 *et seq.*; and 5) California Common Law Unfair Competition. Defendants have asserted counterclaims seeking a declaration of non-infringement and cancellation of Arcona's '079 Trademark Registration.

On March 19, 2019, the Court granted summary judgment for Defendants on Plaintiff's claim for counterfeiting having found, *inter alia*, that "no reasonable jury could find that Defendants' EYE DEW product is a counterfeit of Plaintiff's EYE DEW products." (ECF No. 129.)

On April 22, 2019, the Court granted Plaintiff's request pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss its remaining claims with prejudice and Defendants' counterclaims without prejudice. (ECF No. 136.)

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Pursuant to the Court's Order Granting Defendants' Motion for Partial Summary Judgment (ECF No. 129), and Order on Plaintiff's Request (ECF No. 136), judgment is entered in favor of Defendants and against Plaintiff on Plaintiff's First Cause of Action for Trademark Counterfeiting of Arcona's '079 Trademark Registration pursuant to the Trademark Counterfeiting Act of 1984;

2. Plaintiff's Second, Third, Fourth, and Fifth causes of action for trademark infringement of Arcona's '079 Trademark Registration and

unfair competition (Federal and State Law), respectively, all of which are hereby **DISMISSED WITH PREJUDICE**;

3. Pursuant to the Court's Order on Plaintiff's Request (ECF No. 136), Defendants' counterclaims for non-infringement and cancellation of Arcona's '079 Trademark Registration are hereby **DISMISSED WITHOUT PREJUDICE**;

4. All other dates and deadlines in this case are hereby **VACATED**; and

5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: May 8, 2019

Hon. Otis D. Wright II
United States District Judge